Dennis A. Cammarano, Esq.--037242
CAMMARANO LAW GROUP
Attorneys for Plaintiff,
TOKIO MARINE AMERICA INSURANCE COMPANY
555 E. Ocean Blvd., Ste. 501
Long Beach, CA 90802
Tel: 562.495.9501
Fax: 562.495.3674
Email: dcammarano@camlegal.com

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOKIO MARINE AMERICA INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br>v.<br><br>MSC MEDITERRANEAN SHIPPING COMPANY S.A.; MEDITERRANEAN SHIPPING COMPANY S.A.; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants | IN ADMIRALTY<br><br>CIVIL ACTION NO.<br><br>**COMPLAINT FOR:**<br><br>1.　**NON-DELIVERY OF CARGO;**<br>2.　**NEGLIGENCE/WILFUL MISCONDUCT**<br>3.　**BREACH OF BAILMENT**<br>4.　**BREACH OF CONTRACT** |

Plaintiff TOKIO MARINE AMERICA INSURANCE COMPANY, for

causes of action against MSC MEDITERRANEAN SHIPPING COMPANY S.A.,

MEDITERRANEAN SHIPPING COMPANY S.A., and Does 1 through 10, inclusive, ("Defendants"), alleges as follows:

## JURISDICTIONAL ALLEGATIONS

1. This action involves admiralty or maritime claims within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and is within this court's admiralty and maritime jurisdiction. As well, this court has jurisdiction as a Federal Question under 28 U.S.C. § 1331, in that the dispute arises under federal law, including the Carriage of Goods by Sea Act ("COGSA"), 46 U.S.C. § 30701 *et seq*. and/or the Harter Act, 46 U.S.C. Appendix 190, *et seq*.

2. Venue is proper in this judicial district as the Defendants' sea waybills specify this Court in this judicial district as the designated forum for resolution of disputes.

## THE PARTIES

3. Plaintiff, TOKIO MARINE AMERICA INSURANCE COMPANY ("TOKIO MARINE") is an insurance corporation incorporated under the laws of the State of New York with an office and place of business located at 800 East Colorado Blvd., Pasadena, CA 91001. Plaintiff brings this action in its own name, as it is the subrogated insured of the cargo, EPSON AMERICA, INC. (hereinafter "EPSON"). EPSON imports printing equipment and components and was the

owner of the cargo described below. Having paid for the loss of the cargo described below, TOKIO MARINE is subrogated to EPSON's rights against Defendants and all others responsible for the loss.

4. Defendants MSC MEDITERRANEAN SHIPPING COMPANY S.A. and MEDITERRANEAN SHIPPING COMPANY S.A. ("MSC") are corporations doing business in this judicial district as vessel operating and owning common carriers with an office and place of business care of MEDITERRANEAN SHIPPING COMPANY (USA) INC. at 420 Fifth Avenue, 8th Floor, New York, New York 10018.

5. The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants designated herein as DOES 1 through 10, inclusive, are unknown to Plaintiff who therefore sues said Defendants by such fictitious names.

6. Plaintiff is informed and believes, and thereon alleges, that each of Defendants designated herein as a DOE 1 through 10, inclusive, is, in some manner, legally responsible for the events and happenings herein referred to, and when the names and capacities of said Defendants are ascertained, Plaintiff will seek leave of Court to amend this Complaint to reflect their true names and capacities.

## FIRST CAUSE OF ACTION

(Non-Delivery of Cargo)

7.      Plaintiff incorporates by reference paragraphs 1 through 6, inclusive, of this Complaint as fully set forth herein.

8.      Under its sea waybill MEDUPH104184 dated January 26, 2022, MSC accepted a shipment of Epson projectors, electronic office equipment, and printers in containers FFAU2035293 and MEDU4957349 ("Cargo 1") for multi-modal carriage from Batangas, Phillippines aboard the HALIBUT voyage 201N to the Port of Los Angeles, California and then to Plainfield, Indiana. Cargo 1 was received in good order and condition with container seal number FX17768218 and FX17765006, respectively. Instead, the containers were delivered with different seals (BNSF seal number M825432 and M806985, respectively), and with obvious pilferage, shortage, and damage to Cargo 1.

9.      Under its sea waybill MEDUPH106148 dated February 9, 2022, MSC accepted a shipment of Epson printers and projectors in containers BMOU6889371, MSDU8045763, MSMU5414355, and TGBU9654672 ("Cargo 2") for multi-modal carriage from Batangas, Phillippines aboard the MAERSK ABERDEEN voyage 202N to the Port of Los Angeles, California and then to Plainfield, Indiana. Cargo 2 was received in good order and condition with

container seal numbers FX17768104, FX17768191, FX17768213, and FX17768118, respectively. Instead, the containers were delivered with different seals (BNSF seal numbers M830743, M824553, M806859, and M825735, respectively), and with obvious pilferage, shortage and damage to Cargo 2 ("Cargo 1" and "Cargo 2" are hereafter collectively referred to as "Cargo").

10. Defendants failed and neglected to carry and deliver the Cargo and maintain its good order and condition as when received. The Cargo was pilfered, never delivered and stolen which are breaches of Defendants' statutory and legal obligations.

11. As a result, Plaintiff and its insured have been damaged in the amount of $1,311,228.19, plus, interest and costs, no part of which has been paid by Defendants despite demand therefore.

## SECOND CAUSE OF ACTION

(Negligence/Wilful Misconduct/Deviation)

12. Plaintiff refers to paragraphs 1 through 11, inclusive, of this Complaint and incorporates them herein as though fully set forth.

13. The loss of the Cargo was directly caused by the negligence, carelessness, and/or material wilful misconduct by, or on behalf of, MSC.

14. Thus, Plaintiff its insured have been damaged in the sum of

$1,311,228.19, plus interest and costs, no part of which has been paid by Defendants despite demand therefore.

### THIRD CAUSE OF ACTION

(Breach of Bailment)

15. Plaintiff refers to paragraphs 1 through 14, inclusive, of this Complaint and incorporates them herein as though fully set forth.

16. The pilferage and damage to the Cargo was the direct result of the acts and omissions of Defendants, and each of them, in violation of their statutory and common law duties and obligations as bailees to safely care for the Cargo.

17. Thus, Plaintiff its insured have been damaged in a sum of $1,311,228.19, plus interest and costs, no part of which has been paid by Defendants despite demand therefore.

### FOURTH CAUSE OF ACTION

(Breach of Contract)

18. Plaintiff refers to paragraphs 1 through 17, inclusive, of this Complaint and incorporates them herein as though fully set forth.

19. On January 26, 2022, EPSON and MSC entered into a written agreement as reflected on the face of MSC bill of lading MEDUPH104184 wherein

Defendants agreed to move Cargo 1 from Batangas, Philippines to Plainfield, Illinois via the Port of Los Angeles.

20. On February 9, 2022, EPSON and MSC entered into a written agreement as reflected on the face of MSC bill of lading MEDUPH106148 wherein such Defendants agreed to move the Cargo 2 from Batangas, Philippines to Plainfield, Illinois via the Port of Los Angeles.

21. Defendants materially and substantially breached and deviated from their agreements by failing to deliver the Cargo in the same good order and condition as when received.

22. As a direct result of such breach and deviance, Plaintiff has been damaged in the sum of $1,311,228.19, plus interest and costs, no part of which has been paid by Defendants despite demand therefore.

**WHEREFORE,** Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. For general damages in the sum of $1,311,228.19, plus miscellaneous expenses, interest and costs;

2. For pre-judgment interest from March 25, 2022, at the rate of 5% per annum or as otherwise allowable by the Court;

///

3. For post-judgment interest at the maximum allowable rate;

4. For costs of suit herein; and,

5. For such other and further relief as this court deems just and proper.

Dated: March 20, 2023               CAMMARANO LAW GROUP

                                    By:  /S/Dennis A. Cammarano
                                        Dennis A. Cammarano
                                        555 East Ocean Blvd., Suite 501
                                        Long Beach, California 90802
                                        Telephone: (562) 495-9501
                                        Facsimile: (562) 495-3674
                                        E-mail: dcammarano@camlegal.com
                                        Attorneys for Plaintiff,
                                        TOKIO MARINE AMERICA
                                        INSURANCE COMPANY
                                        Complaint - Final 032023.wpd