UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOKIO MARINE AMERICA INSURANCE
COMPANY,                                      23-cv-2365 (JGK)

                          Plaintiff,          ORDER

          - against -

MSC MEDITERRANEAN SHIPPING COMPANY
S.A., ET AL.,

                          Defendants.

---

JOHN G. KOELTL, District Judge:

     The parties are directed to submit a Rule 26(f) report by **May
5, 2023.**

SO ORDERED.

Dated:    New York, New York
          April 14, 2023

                                  _____
                                         John G. Koeltl
                                  United States District Judge