UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TOKIO MARINE AMERICA INSURANCE
COMPANY,

      Plaintiff,      23-CV-02365 (JGK)(SN)

  -against-          **ORDER**

MSC MEDITERRANEAN SHIPPING COMPANY
S.A., et al.,

      Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

  On Thursday, April 27, 2023, the Honorable John G. Koeltl assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Rachel at Rachel_Slusher@nysd.uscourts.gov to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

                     _____
                     SARAH NETBURN
                     United States Magistrate Judge

DATED:  April 28, 2023
       New York, New York