UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TOKIO MARINE AMERICA INSURANCE
COMPANY,

                    Plaintiff,                    23-CV-02365 (JGK)(SN)

     -against-                  **SETTLEMENT CONFERENCE ORDER**

MSC MEDITERRANEAN SHIPPING COMPANY
S.A., et al.,

                    Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      A settlement conference is scheduled for Wednesday, July 19, 2023, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information in advance of the conference.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letters and Acknowledgment Forms, which are to be submitted by Wednesday, July 12, 2023. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                              SARAH NETBURN
                                                                              United States Magistrate Judge

DATED:     May 24, 2023
               New York, New York