UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

**TOKIO MARINE AMERICA INSURANCE COMPANY,**

                     Plaintiff(s),                       23-CV-02365 (JGK)(SN)

       -against-                             **SETTLEMENT CONFERENCE ORDER**

**MSC MEDITERRANEAN SHIPPING COMPANY S.A., et al.,**

                     **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

     A settlement conference is scheduled for Wednesday, September 27, 2023, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

     The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts,gov, by Wednesday, September 20, 2023.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                             _____
   DATED:    July 14, 2023                  SARAH NETBURN
                New York, New York      United States Magistrate Judge