UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TOKIO MARINE AMERICA INSURANCE COMPANY,
                Plaintiff(s)

                                                                                            23 civ 2365 (JGK)

       -against-

MSC MEDITERRANEAN SHIPPING COMPANY S.A.,
                Defendant(s).
------------------------------------------------------------X

## ORDER

The matter having been referred to Magistrate Judge Sarah Netburn on April 27, 2023,

The conference scheduled for Tuesday, August 2, 2023, at 12:00pm, is canceled.

**SO ORDERED.**

                                                               **JOHN G. KOELTL**
                                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        July 26, 2023