```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TOKIO MARINE AMERICA INSURANCE
COMPANY,

                         Plaintiff,

        -against-

MSC MEDITERRANEAN SHIPPING COMPANY
S.A., et al.,

                         Defendants.

-------------------------------------------------------------X

23-CV-02365 (DEH)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The parties have notified the Court that they have reached an agreement in principle. Accordingly, the January 9, 2024 settlement conference is ADJOURNED. As directed by District Judge Dale E. Ho, the parties shall notify the Court by January 12, 2024, whether the case can be dismissed provisionally but with leave to reopen.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:       January 2, 2024
                New York, New York