UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOKIO MARINE AMERICA INSURANCE COMPANY,<br><br>                        Plaintiff(s),<br><br>      v.<br><br>MSC MEDITERRANEAN SHIPPING COMPANY S.A., et al.,<br><br>                        Defendant(s). | 23-CV-2365 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

    An order issued October 30, 2023, directed the parties to file a joint status letter by January 12, 2024. *See* Dkt. No. 38. An order issued by Judge Netburn on January 2, 2024, stated that the parties had reached an agreement in principle and directed the parties to inform the undersigned whether the case should be dismissed provisionally but with leave to reopen. *See* Dkt. No. 41. No such letter was filed.

    It is hereby **ORDERED** that the parties shall file the required letter as soon as possible and no later than **January 19, 2024.**

    SO ORDERED.

Dated: January 17, 2024
       New York, New York

                                                          DALE E. HO
                                                          United States District Judge